**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SECURITYPROFILING, LLC,**<br><br>      Plaintiff,<br><br>   v.<br><br>**TREND MICRO AMERICA, INC. AND TREND MICRO INCORPORATED,**<br><br>      Defendants. | C.A. No. 6:16-cv-01165-RWS-JDL<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Plaintiff SecurityProfiling, LLC's Motion to Dismiss Defendants Trend Micro America, Inc. and Trend Micro Incorporated's First through Thirteenth Declaratory Judgment Counterclaims for failure to state a claim and to strike the First, Second, Fourth, Sixth, Eighth through Eleventh, and Eighteenth Defenses.  Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.  It is therefore,

ORDERED that Defendants Trend Micro America, Inc. and Trend Micro Incorporated's First through Thirteenth Declaratory Judgment Counterclaims for failure to state a claim are DISMISSED and the First, Second, Fourth, Sixth, Eighth through Eleventh, and Eighteenth Defenses ARE DISMISSED AND STRICKEN.